UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                                             Case No. 02-cr-40053-JPG-1

DONALD LEE WEIDENBURNER,

## MEMORANDUM AND ORDER

This matter comes before the court for case management purposes. On August 8, 2011, Attorney Robert Elovitz was granted a motion to withdraw because Mr. Weidenburner no longer desired to use his services as counsel and a status conference was set for 9/22/11. On August 10, 2011, the Court appointed Attorney Robert Herman as counsel to Mr. Weidenburner.

Because it is necessary to give Mr. Herman the appropriate amount of time to familiarize himself with the proceedings to ensure fair and competent representation, the Court **FINDS** that the ends of justice served by giving Mr. Herman such time outweigh the public's and the defendant's right to a speedy trial and that the delay necessary to allow knowledgeable representation (up to and including the status conference) is **EXCLUDABLE** under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A).

**IT IS SO ORDERED.**
**DATED: August 30, 2011**

                                              **s/ J. Phil Gilbert**

                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**