# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONALD LEE WEIDENBURNER, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | Criminal Case No. 4:02-cr-40053-JPG-1 <br> --- <br> Civil Case No. 3:15-cv-00762-JPG |

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

Petitioner Donald Lee Weidenburner, pro se, has filed a "notice reporting professional misconduct [by the Government's attorney]." (Doc. 902.) The Court has construed the notice as a motion because in the final paragraph, Weidenburner asks that his "[c]omplaint and request for a hearing be before a different Judge to flesh out the misconduct." (*Id.*) Weidenburner's motion is a rehash of the same argument he made in his 28 U.S.C § 2255 petition: the Government withheld important documents from him during his criminal trial. (*See* 3:15-cv-00762-JPG, Doc. 1.)

The Court has ruled on this issue *ad nauseum.* Weidenburner's arguments are meritless, and this case is closed. (*See* 3:15-cv-00762-JPG, Docs. 42, 49, 59.) Moreover, the Court is not biased or prejudiced against Weidenburner—despite Weidenburner's unfounded claims that the Court has an issue with his pro se status—and there is no reason to re-assign this closed case to another judge. *See* 28 U.S.C. §§ 144 and 455. Accordingly, the Court **DENIES** Weidenburner's motion. (Doc. 902.)

**IT IS SO ORDERED.**

**DATED: APRIL 18, 2018**

*s/ J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**